1102

No. 00–7307. GARCIA-ENRIQUEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–7308. HUNTER *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 00–7309. IBARRA-GALINDO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7313. HERNANDEZ *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–7315. HUGHEY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7319. GOLDEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7320. GALVEZ-VILLALOBOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7321. HARGROVE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–7322. GREENE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7325. GONZALES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7328. ROSENGARD *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–7331. MOODY *v.* ARIZONA. Super. Ct. Ariz., Pima County. Certiorari denied.

No. 00–7333. WESTCOTT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–7350. COLLINS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 00–7351. CEBALLOS-TORRES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–7354. MOLINA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–7356. GONZALEZ-GONZALEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.